IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

J. LEE,

       Plaintiff,

v.                                                 No. CV 17- 01230-JB-LF

THE UNIVERSITY OF NEW MEXICO,
a public university, THE BOARD OF
REGENTS OF THE UNIVERSITY OF
NEW MEXICO, individually and in their
official capacities, ROBERT G. FRANK,
individually and in his official capacity,
LAURA VELE BUCHS, individually and in
her official capacity, HEATHER COWAN,
individually and in her official capacity,
FRANCIE CORDOVA, individually and in
her official capacity, MEGAN CHIBANGA,
individually and in her official capacity,

       Defendants.

## STIPULATED ORDER STAYING PROCEEDINGS

THIS MATTER having come before the Court on the *Joint Motion to Stay Proceedings*, and the Court having reviewed said *Joint Motion to Stay Proceedings* and being otherwise fully advised in the premises, FINDS that the Motion is well taken and shall be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the *Joint Motion to Stay Proceedings* is hereby granted, and this matter is stayed through April 30, 2018.

*[Handwritten note: The parties shall provide the Court with a status report by May 21, 2018. JB 4/13/18]*

_____
United States District Judge

*[Handwritten: 13]*
*[Handwritten: JB 4/13/18]*

Approved:

ADAMS+CROW LAW FIRM

By: _/s/Arlyn G. Crow_
Arlyn G. Crow
Alana M. De Young
5051 Journal Center Blvd. NE, Suite 320
Albuquerque, NM 87109
Phone: (505) 582-2819
Fax:    (505) 212-0439
Arlyn@adamscrow.com
Alana@adamscrow.com
*Attorneys for Plaintiff*

and

SHEEHAN & SHEEHAN, P.A.

By: *Approved via e-mail; 3/15/2018*
Quentin Smith
Leah M. Stevens-Block
P.O. Box 271
Albuquerque, NM 87103
Phone: (505) 247-0411
Fax:    (505) 842-8890
qs@SheehanSheehan.com
lsb@SheehanSheehan.com
*Attorneys for Defendants*