UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable James O. Browning**

**CASE NO.**  17-1230 JB/LF                    **DATE:** 7/3/18

**TITLE:** *Lee v. University of New Mexico et al*

**COURTROOM CLERK:** C. Bevel          **COURT REPORTER:**  J. Bean

**COURT IN SESSION:**  8:34AM-10:02AM          **TOTAL TIME:** 3 HR 21 MIN
                       10:19AM/10:19AM
                       2:42PM-3:42PM
                       4:02PM-4:22PM

**TYPE OF PROCEEDING:**  7 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *(Plaintiff's Title IX Claim)*, 8 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *(Plaintiff's Contract Claims)* and 9 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *(Plaintiff's Due Process Claims)*

**COURT RULING:** Tile IX Claim will be dismissed; Court inclined to dismiss federal claims and remand case back to State Court to resolve State Court claims.

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**      **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Arlyn Crow, Alana De Young                   Quentin Smith

**PROCEEDINGS:**

8:34am   Court in session, counsel enter appearances.

8:35am   Court addresses Mr. Crow regarding responds to Motion for Summary Judgment, Mr. Crow does not contest it, Court will dismiss Title IX.

8:36am   Mr. Smith argues in support of Motion to Dismiss Doc. 8.

8:43am   Mr. Crow responds.

8:48am   Mr. Smith continues arguments, moves forward on argument for Due Process Claims.

9:19am   Mr. Crow responds.

9:49am   Mr. Smith responds.

10:02am Court in recess.

10:19am Court in session, counsel to return at 2:00 pm to resume arguments.

10:19am Court in recess.

2:42pm   Court in session.

2:42pm   Mr. Smith addresses Court with arguments on notice and due process claims.

2:53pm   Mr. Crow responds, regarding notice and due process claims.

3:10pm   Mr. Smith responds.

3:21pm   Mr. Crow responds, addresses state claims.

3:24pm   Court will need to further consider motions does think clearly established will likely fail. Inclined to pull out and dismiss federal claims, remand back to State court for state court claims.

3:26pm   Mr. Smith addresses court regarding contract claims.

3:42pm   Court in recess.

4:02pm   Court in session.

4:02pm   Mr. Crow responds to contract claims.

4:11pm   Mr. Smith argues final points on motion.

4:17pm   Court is skeptical that claims will survive, even if they survive sovereign immunity.

4:20pm   Counsel have nothing further.

4:21pm   Court's goal to have a decision by the end of September.

4:22pm   Court in recess.