IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

J. LEE,

        Plaintiff,

v.

        No. 1:17-cv-01230-JB-LF

THE BOARD OF REGENTS OF THE
UNIVERSITY OF NEW MEXICO, and
GARNETT S. STOKES, in her official capacity
as the President of the University of New Mexico,

        Defendants.

## JOINT MOTION TO STAY PROCEEDINGS

COME NOW, Plaintiff J. Lee and Defendants Board of Regents of the University of New Mexico ("UNM") and Garnett S. Stokes,[1] by and through their respective counsel of record, and jointly move the Court to enter a stipulated order staying the proceedings in this case until November 30, 2018, or until the parties jointly request that the stay be lifted. As grounds therefor, the parties state:

1.    The parties are involved in good-faith settlement negotiations which may resolve this matter without the need for any further involvement or action by the Court; and

2.    The parties mutually agree that a stay of proceedings until November 30, 2018, would be in the best interests of the parties and may result in the conservation of judicial resources.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), the current President of UNM, Garnett S. Stokes, has been automatically substituted for the former President of UNM, Robert G. Frank. (*See* Order [Doc. 36], at 2 n.2).

WHEREFORE, the parties respectfully request that the Court enter an order staying the proceedings and taking no further action in this matter until November 30, 2018, or until the parties jointly request that the stay be lifted.

> ADAMS+CROW LAW FIRM
> *Attorneys for Plaintiff*
> 5051 Journal Center Blvd. NE, Suite 320
> Albuquerque, NM 87109
> (505) 582-2819; (505) 212-0439
> Arlyn@adamscrow.com
> Alana@adamscrow.com
>
> By: /s/ Arlyn G. Crow
> _____
> Arlyn G. Crow
> Alana M. De Young
>
> and
>
> SHEEHAN & SHEEHAN, P.A.
> *Attorneys for Defendants*
> P.O. Box 271
> Albuquerque, NM 87103
> (505) 247-0411; (505) 842-8890 (fax)
> qs@SheehanSheehan.com
> lsb@SheehanSheehan.com
>
> By: /s/ Quentin Smith
> _____
> Quentin Smith
> Leah M. Stevens-Block