IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

J. LEE,

        Plaintiff,

v.

                                                           No. 1:17-cv-01230-JB-LF

THE BOARD OF REGENTS OF THE
UNIVERSITY OF NEW MEXICO, and
GARNETT S. STOKES, in her official capacity
as the President of the University of New Mexico,

        Defendants.

## JOINT MOTION TO EXTEND STAY OF PROCEEDINGS

COME NOW, Plaintiff J. Lee and Defendants Board of Regents of the University of New Mexico ("UNM") and Garnett S. Stokes, by and through their respective counsel of record, and jointly move the Court to enter a stipulated order extending the stay of proceedings in this case until December 31, 2018, or until the parties jointly request that the stay be lifted. As grounds therefor, the parties state:

    1.    The parties are continuing to engage in good-faith settlement negotiations which may resolve this matter without the need for any further involvement or action by the Court; and

    2.    The parties mutually agree that an extension of the stay of proceedings until December 31, 2018, would be in the best interests of the parties and may result in the conservation of judicial resources.

WHEREFORE, the parties respectfully request that the Court enter an order extending the stay the proceedings and taking no further action in this matter until December 31, 2018, or until the parties jointly request that the stay be lifted.

ADAMS+CROW LAW FIRM
*Attorneys for Plaintiff*
5051 Journal Center Blvd. NE, Suite 320
Albuquerque, NM 87109
(505) 582-2819; (505) 212-0439
Arlyn@adamscrow.com
Alana@adamscrow.com

By: /s/ Arlyn G. Crow
_____
Arlyn G. Crow
Alana M. De Young

and

SHEEHAN & SHEEHAN, P.A.
*Attorneys for Defendants*
P.O. Box 271
Albuquerque, NM 87103
(505) 247-0411; (505) 842-8890 (fax)
qs@SheehanSheehan.com
lsb@SheehanSheehan.com

By: /s/ Quentin Smith
_____
Quentin Smith
Leah M. Stevens-Block

S:\17193\PLDG\Second USDC\20181203 JT MTN Extend Stay Proceedings (QS).docx