IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

J. LEE,

        Plaintiff,

                                                   No. 1:17-cv-01230-JB-LF

v.

THE BOARD OF REGENTS OF THE
UNIVERSITY OF NEW MEXICO, and
GARNETT S. STOKES, in her official capacity
as the President of the University of New Mexico,

        Defendants.

## JOINT STIPULATION REGARDING DEADLINE
## FOR DEFENDANTS TO FILE ANSWER

        COME NOW Plaintiff, J. Lee, and Defendants, The Board of Regents of the University

of New Mexico ("UNM") and Garnett S. Stokes, by and through their respective counsel of

record, and hereby stipulate to March 1, 2019, as the deadline for Defendants to answer the

Complaint for Injunctive and Declaratory Relief and Damages [Doc. 1-1].

ADAMS+CROW LAW FIRM
*Attorneys for Plaintiff*
5051 Journal Center Blvd. NE, Suite 320
Albuquerque, NM 87109
(505) 582-2819
Arlyn@adamscrow.com
Alana@adamscrow.com

SHEEHAN & SHEEHAN, P.A.
*Attorneys for Defendants*
P.O. Box 271
Albuquerque, NM 87103
(505) 247-0411
qs@SheehanSheehan.com
lsb@SheehanSheehan.com

        Approved via email – February 22, 2019
By: _____
        Arlyn G. Crow
        Alana M. De Young

        /s/ Quentin Smith
By: _____
        Quentin Smith
        Leah M. Stevens-Block