# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

### Clerk's Minutes
### Before the Honorable James O. Browning

**CASE NO.** CV 17-1230 JB-LF     **DATE:** May 6, 2019

**TITLE:**   *Lee v. University of New Mexico et al*

**COURTROOM CLERK:** K. Gallegos     **COURT REPORTER:**   J. Bean

**COURT IN SESSION:**   9:01 AM – 9:21 AM     **TOTAL TIME:** 20 MINUTES

**TYPE OF PROCEEDING:**  RULE 16 INITIAL SCHEDULING CONFERENCE

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**     **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Arlyn Crow                                   Quentin Smith

Alana M. De Young

**PROCEEDINGS:**

9:01 am – Court calls case. Counsel enters their appearances. Arlyn Crow and Alana Young for the Plaintiff and Quentin Smith for Defendant.

9:03 am – Court addresses parties on status of case and touches on possible revision of previous order notes it has reviewed the parties JSR.

9:05 am – Mr. Crow addresses Court.

9:08 am – Court outlines schedule of deadlines and hearings. Discovery ends 9/3/19. Discovery Motions 9/23/19. Plaintiff Experts 7/5/19. Defense Experts 8/5/19. Pretrial Motions 10/3/19. A motion hearing will be set 11/6/19 @ 8:30 AM. Bench Trial 12/9/19 @ 9:00 AM. Pretrial Conference 12/2/19 @ 8:30 AM. Pretrial Order Plaintiff 11/18/19. Pretrial Order Defendant 11/2919. Court notes supplementation under Rule 26(e) due within 14 days of discovery of need.

9:17 am – Mr. Smith believes it would be helpful if the order was revised. Court responds.

9:21 am - Court in recess.