UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable James O. Browning**

**CASE NO.** CV-17-1230-JB-LF            **DATE:** August 30, 2019

**TITLE:** *Lee v University of NM*

**COURTROOM CLERK:** J Wright        **COURT REPORTER:**  J. Bean

**COURT IN SESSION:**  11:19AM-11:33AM    **TOTAL TIME:** 14 MINUTES

**TYPE OF PROCEEDING:**  DISCOVERY DISPUTE

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**    **ATTORNEYS PRESENT FOR DEFENDANT(S):**
 ARLEN CROW                  QUINTANA SMITH

**PROCEEDINGS:**

11:18am   Court in session, counsel enter appearances.

11:20am   Plaintiff opposes Defendant's attempts to depose the Plaintiff on credibility issues.

11:22am   Defendant clarifies their position that it is perfectly acceptable to depose Plaintiff on the events of that night.

11:26aM   Plaintiff rebuts that past conduct of Plaintiff and whether he had admitted in the past; getting into credibility determination.

11:27am   Court finds that the general subject matter is close enough to the case to allow the questioning. Court overrules the objections and Plaintiff must answer and counsel can submit Motions for Summary Judgment.

11:30am   Plaintiff clarifies that any other objections will be heard by the Court later.

11:31am   Court will not preclude the discovery questioning and will address objections through motions later.

11:31am   Defendant clarifies deadline of first week of October for filing Summary Judgment

briefing.

11:33am   Court will probably agree to any extension of deadlines they come to.

11:33am   Counsel have nothing further.

11:33am   Court in recess.