**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 25 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

J. LEE,

    Plaintiff,

v.

    No. 17-cv-01230-JB/LF

THE BOARD OF REGENTS OF THE
UNIVERSITY OF NEW MEXICO, and
GARNETT S. STOKES, in her official capacity
as the President of the University of New Mexico,

    Defendants.

## AMENDED SCHEDULING ORDER

THIS MATTER having come before the Court on the Joint Motion to Amend Scheduling Order [Doc. 63] and the Court being fully advised in the premises, FINDS that the Joint Motion is well taken and shall be GRANTED.

IT IS THEREFORE ORDERED that the Scheduling Order [Doc. 51] is amended as follows:

The termination date for discovery is extended to **November 4, 2019**, for the limited purpose of allowing the parties to complete currently-pending discovery;

Motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) shall be filed with the Court and served on opposing parties by **November 22, 2019**;

Pretrial motions, other than discovery motions, shall be filed with the Court and served on opposing parties by **December 2, 2019**;

Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiffs to Defendants on or before **January 17, 2020**; Defendants to the Court on or before **January 28, 2020**;

A Motion Hearing is scheduled in this matter on January 3, 2020 at 8:30 a.m.

This matter is set for Pretrial Conference on Feby 10, 2020 at 11:00 a.m.

This matter is set for a Bench Trial on a trailing docket beginning on Feby 18, 2020 at 8:30 a.m.

All other deadlines and requirements set forth in the Scheduling Order [Doc. 51] remain in effect.

IT IS SO ORDERED.

_____
James O. Browning
UNITED STATES DISTRICT COURT JUDGE

Jointly Submitted:

ADAMS+CROW LAW FIRM
*Attorneys for Plaintiff*
5051 Journal Center Blvd. NE, Suite 320
Albuquerque, NM 87109
(505) 582-2819; (505) 212-0439 (fax)
Arlyn@adamscrow.com
Alana@adamscrow.com

By: ___Approved via email – September 27, 2019___
    Arlyn G. Crow
    Alana M. De Young

and

SHEEHAN & SHEEHAN, P.A.
*Attorneys for Defendants*
P.O. Box 271
Albuquerque, NM 87103
(505) 247-0411; (505) 842-8890 (fax)
qs@SheehanSheehan.com


By: ___/s/ Quentin Smith___
    Quentin Smith