UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable James O. Browning**

**CASE NO.** CV-17-1230-JB-LF          **DATE:** November 26, 2019

**TITLE:** *Lee vs. University of New Mexico, et al.*

**COURTROOM CLERK:** J. Wright     **COURT REPORTER:** Liberty recording – Vermejo Courtroom

**COURT IN SESSION:** 9:39AM-9:49AM     **TOTAL TIME:** 10 MINUTES

**TYPE OF PROCEEDING:** Discovery Issue hearing

**COURT RULING:**  COURT GRANTS PUSHING OUT ALL DEADLINES BY 45 DAYS

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**     **ATTORNEYS PRESENT FOR DEFENDANT(S):**
Alana DeYoung                              Quinton Smith

**PROCEEDINGS:**

9:39AM   Court in session, counsel enter appearances telephonically; Judge appears telephonically.

9:41AM   Quinton Smith states there is a scheduling issue regarding December 2, deadline which is in place in the scheduling order, which will be extending the motions hearing and trial setting deadlines.  Mr. Quinton's firm is closing and wants to push out December 2 to January 16, but it impacts trial deadline.

9:44AM   court inquires if Plaintiff has a problem pushing out all deadlines by 45 days.

9:44AM   Plaintiff has no opposition

9:45AM   Court will send out new so with all deadlines pushed out 45 days.

9:45AM   The first two weeks of April 2020 does not work for either party.

9:46AM   Court will push out all dates by 45 days and set the new trial date on a trailing docket; Court will work with parties to give them a firm date later.

9:48AM   Parties have nothing further.

9:48AM   Court in recess.

9:49AM   Court in recess.