IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

J. LEE,

       Plaintiff,

                                   No. 1:17-CV-01230-JB-LF

v.

THE BOARD OF REGENTS OF THE
UNIVERSITY OF NEW MEXICO, and
GARNETT S. STOKES, in her official capacity
as the President of the University of New Mexico,

       Defendants.

**<u>JOINT MOTION TO ENLARGE PAGE LIMITS FOR
SUMMARY JUDGMENT BRIEFING AND EXHIBITS</u>**

COMES NOW Plaintiff, J. Lee, and Defendants, The Board of Regents of the University of New Mexico ("UNM") and Garnett S. Stokes, and hereby move the Court to enlarge the page limits for summary judgment briefing and attached exhibits. As grounds therefor, the parties state:

1.      Due to the nature of the claims and the factual detail necessary to present the legal arguments to the Court, the parties respectfully requests that the Court enlarge the page limits for the summary judgment briefing by seven (7) pages so that the motion and supporting brief must not exceed thirty-four (34) pages, the response must not exceed thirty-one (31) pages, and the reply must not exceed nineteen (19) pages.

2.      The parties also respectfully request that the Court enlarge the page limits for exhibits attached to the summary briefs by seventy-five (75) pages so that all exhibits, including excerpts from a deposition, must not exceed a total of one hundred twenty-five (125) pages. Enlarging the page limits for exhibits as requested will allow the parties to attached full-size pages

of all exhibits (with the exception of deposition excerpts that will be submitted in condensed form)

to the briefing, which should make the exhibits easier to read.

WHEREFORE, the parties respectfully request that the Court enter an order enlarging the

page limits for summary judgment briefing and exhibits as set forth below.

STELZNER, WINTER, WARBURTON,
  FLORES, SANCHEZ & DAWES, P.A.
*Attorneys for Defendants*
P.O. Box 528
Albuquerque, NM 87103
qsmith@stelznerlaw.com

/s/ Quentin Smith
By: _____
Quentin Smith

and

ADAMS+CROW LAW FIRM
*Attorneys for Plaintiff*
5051 Journal Center Blvd., Suite 320
Albuquerque, NM 87109
(505) 582-2819; (505) 212-0439 (fax)
Arlyn@adamscrow.com
Alana@adamscrow.com

Approved via email – February 6, 2020
By: _____
Arlyn G. Crow
Alana M. De Young

S:\TXTLIB\17193SS\PLDG\20200206.JT MTN re Enlarge Page Limits for MSJ Briefs (QS).docx

2