IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

J. LEE,

      Plaintiff,

v.

      No. CIV 17-01230-JB-LF

THE BOARD OF REGENTS OF THE
UNIVERSITY OF NEW MEXICO, and
GARNETT S. STOKES, in her official capacity
as the President of the University of New Mexico,

      Defendants.

## STIPULATED ORDER ENLARGING PAGE LIMITS
## FOR SUMMARY JUDGMENT BRIEIFING AND EXHIBITS

THIS MATTER having come before the Court on a Joint Motion to Enlarge Page Limits for Summary Judgment Briefing and Exhibits [Doc. 69], and the Court being fully advised in the premises, FINDS that the Joint Motion is well taken and shall be GRANTED:

IT IS ORDERED that the page limits for summary briefing are enlarged by seven (7) pages so that the motion and supporting brief must not exceed thirty-four (34) pages, the response must not exceed thirty-one (31) pages, and the reply must not exceed nineteen (19) pages; and

IT IS ORDERED that the page limits for exhibits attached to the summary judgment briefing are enlarged so that all exhibits, including excerpts from a deposition, must not exceed one hundred twenty-five (125) pages.

_____
UNITED STATES DISTRICT JUDGE

Submitted:

STELZNER, WINTER, WARBURTON,
  FLORES, SANCHEZ & DAWES, P.A.
*Attorneys for Defendants*
P.O. Box 528
Albuquerque, NM 87103
(505) 938-7770; (505) 938-7781 (fax)
qsmith@stelznerlaw.com

By: /s/ Quentin Smith
_____
    Quentin Smith

and

ADAMS+CROW LAW FIRM
*Attorneys for Plaintiff*
5051 Journal Center Blvd., Suite 320
Albuquerque, NM 87109
(505) 582-2819; (505) 212-0439 (fax)
Arlyn@adamscrow.com
Alana@adamscrow.com

By: Approved via email – February 6, 2020
_____
    Arlyn G. Crow
    Alana M. De Young