IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

J. LEE,

        Plaintiff,

v.                                                      No. 1:17-CV-01230-JB-LF

THE BOARD OF REGENTS OF THE
UNIVERSITY OF NEW MEXICO, and
GARNETT S. STOKES, in her official capacity
as the President of the University of New Mexico,

        Defendants.

## SECOND AMENDED SCHEDULING ORDER

THIS MATTER having come before the Court on the Unopposed Motion to Extend Deadlines in the Amended Scheduling Order [Doc. 68], and the Court being fully advised in the premises, FINDS that the Unopposed Motion is well taken and shall be granted.

IT IS THEREFORE ORDERED that the Amended Scheduling Order [Doc. 64] is amended as follows:

Pretrial motions, other than discovery motions, shall be filed with the Court and served on opposing parties by **February 6, 2020**;

Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiff to Defendants on or before **March 23, 2020**; Defendants to the Court on or before **April 3, 2020**;

A Motion Hearing is set in this matter on May 19, 2020 at 1:30 pm.

This matter is set for Pretrial Conference on July 2, 2020 at 8:30 a.m.

This matter is set for a Bench Trial on a trailing docket beginning on August 24, 2020 at 8:30 a.m.

All other deadlines and requirements set forth in the Scheduling Order [Doc. 51] and Amended Scheduling Order [Doc. 64] remain in effect.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Submitted:

STELZNER, WINTER, WARBURTON,
  FLORES, SANCHEZ & DAWES, P.A.
*Attorneys for Defendants*
P.O. Box 528
Albuquerque, NM 87103
(505) 938-7770
qsmith@stelznerlaw.com

By: /s/ Quentin Smith
_____
Quentin Smith

and

Approved:

ADAMS+CROW LAW FIRM
*Attorneys for Plaintiff*
5051 Journal Center Blvd., Suite 320
Albuquerque, NM 87109
(5050 582-2819; (505) 212-0439 (fax)
Arlyn@adamscrow.com
Alana@adamscrow.com

By: Approved via email – January 17, 2020
_____
Arlyn G. Crow
Alana M. De Young