IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

J. LEE,

      Plaintiff,

v.                                    No. 1:17-CV-01230-JB-LF

THE BOARD OF REGENTS OF THE
UNIVERSITY OF NEW MEXICO, and
GARNETT S. STOKES, in her official capacity
as the President of the University of New Mexico,

      Defendants.

## UNOPPOSED MOTION TO EXTEND PRETRIAL ORDER DEADLINE

COMES NOW Plaintiff J. Lee and hereby requests the Court amend the Second Amended Scheduling Order [Doc 74] to extend the Pretrial Order deadline. As grounds, Plaintiff states:

1. The Court's Second Amended Scheduling Order [Doc 74] sets a bench trial in this matter on a trailing docket beginning August 24, 2020.

2. The Court's Second Amended Scheduling Order [Doc 74] requires Plaintiff to provide a Pretrial Order to Defendants by March 23, 2020, and Defendants to provide a Pretrial Order to the Court by April 3, 2020.

3. Plaintiff needs an additional two weeks to prepare a Pretrial Order and requests the deadline for Plaintiff to submit a Pretrial Order to Defendants be extended to April 6, 2020.

4. Plaintiff further requests Defendants' deadline to submit a Pretrial Order to the Court be likewise extended two weeks to April 17, 2020.

5. Extending the deadline to prepare and submit a Pretrial Order will not prejudice the parties or delay the case because trial is not set until August 24, 2020, approximately four months after the requested extension to submit the Pretrial Order to the Court.

6. Defendants do not oppose this Motion.

WHEREFORE, Plaintiff respectfully requests the Court amend the Second Amended Scheduling Order [Doc 74] to set Plaintiff's deadline to provide a Pretrial Order to Defendants by April 3, 2020, and set Defendants' deadline to provide a Pretrial Order to the court by April 17, 2020.

ADAMS+CROW LAW FIRM

By: /s/ Arlyn G. Crow
Arlyn G. Crow
Jacqueline K. Kafka
5051 Journal Center Blvd. NE, Suite 320
Albuquerque, New Mexico 87109
Phone: (505) 582-2819
Fax:   (505) 212-0439
arlyn@adamscrow.com
jackie@adamscrow.com
*Attorneys for Plaintiff J. Lee*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Unopposed Motion was electronically filed through the CM/ECF system on the 18th day of March, 2020, which caused all counsel of record to be served via electronic means.

ADAMS+CROW LAW FIRM

By: /s/ Arlyn G. Crow
    Arlyn G. Crow