IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

J. LEE,

        Plaintiff,

                                                No. CIV 17-01230-JB-LF

v.

THE BOARD OF REGENTS OF THE
UNIVERSITY OF NEW MEXICO, and
GARNETT S. STOKES, in her official capacity
as the President of the University of New Mexico,

        Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND EXPERT AND DISCOVERY DEADLINES

THIS MATTER having come before the Court on the Unopposed Motion to Extend Expert and Discovery Deadlines [Doc 90] ("Motion"), and the Court being fully advised on the premises, FINDS that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Third Amended Scheduling Order [Doc 85] is amended as follows:

    A.    Plaintiff shall identify to all parties in writing any expert witness to be used by Plaintiff at trial and provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than **July 30, 2020**. Defendant shall identify in writing any expert witness to be used by Defendants at trial and provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than **August 30, 2020**;

    B.    The termination date for reopened discovery solely to take depositions of the parties' Title IX experts is **September 15, 2020**;

C. All other deadlines and requirements in the Third Amended Scheduling Order [Doc 85] remain in effect.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

Submitted by:

ADAMS+CROW LAW FIRM

By: /s/ Arlyn G. Crow
Arlyn G. Crow
Jacqueline K. Kafka
5051 Journal Center Blvd. NE, Suite 320
Albuquerque, New Mexico 87109
Phone: (505) 582-2819
Fax: (505) 212-0439
arlyn@adamscrow.com
jackie@adamscrow.com
*Attorneys for Plaintiff J. Lee*


Approved by:

STELZNER, WINTER, WARBURTON,
FLORES, SANCHEZ & DAWES, P.A.

By: *Electronically approved 05/26/2020*
Quentin Smith
P.O. Box 528
Albuquerque, NM 87103
Phone: (505)938-7770
qsmith@stelznerlaw.com
*Attorneys for Defendants*