IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

J. LEE,

      Plaintiff,

                                          No. 1:17-CV-01230 JB/LF

v.

THE BOARD OF REGENTS OF THE
UNIVERSITY OF NEW MEICO, and
GARNETT S. STOKES, in her official capacity
as the President of the University of New Mexico,

      Defendants.

**<u>STIPULATION OF DISMISSAL OF PLAINTIFF'S TITLE IX CLAIM</u>**

COME NOW Plaintiff, J. Lee, and Defendants, The Board of Regents of the University of New Mexico ("UNM") and Garnett S. Stokes, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby stipulate to the dismissal, without prejudice, of Count IV ("Violation of Title IX – 20 U.S.C. § 1681(a)") of the "Complaint for Injunctive and Declaratory Relief and Damages" [Doc. 1-1]. Each side agrees to bear its own costs and attorneys' fees with respect to Plaintiff's Title IX claim.

| | |
|---|---|
| ADAMS+CROW LAW FIRM<br>*Attorneys for Plaintiff*<br>5051 Journal Center Blvd. NE, Suite 320<br>Albuquerque, NM 87109<br>(505) 582-2819<br>arlyn@adamscrow.com<br>alana@adamscrow.com<br>jackie@adamscrow.com | STELZNER, WINTER, WARBURTON,<br>   FLORES & DAWES, P.A.<br>*Attorneys for Defendants*<br>P.O. Box 528<br>Albuquerque, NM 87103<br>(505) 938-7770<br>qsmith@stelznerlaw.com |
|       /s/ Jacqueline K. Kafka<br>By: _____<br>     Arlyn G. Crow<br>     Alana M. De Young<br>     Jacqueline K. Kafka |       /s/ Quentin Smith<br>By: _____<br>     Quentin Smith |