IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

J. LEE,

       Plaintiff,

v.                                        No. 1:17-CV-01230 JB/LF

THE BOARD OF REGENTS OF THE
UNIVERSITY OF NEW MEXICO, and
GARNETT S. STOKES, in her official capacity
as the President of the University of New Mexico,

       Defendants.

## JOINT MOTION TO VACATE JURY TRIAL ON PLAINTIFF'S TITLE IX CLAIM

COME NOW Plaintiff, J. Lee, and Defendants, The Board of Regents of the University of New Mexico ("UNM") and Garnett S. Stokes, and hereby move the Court to vacate the Jury Trial on Plaintiff's claim against Defendant UNM for damages for alleged violation of Title IX of the Education Amendments Act of 1972 ("Title IX"). As grounds therefor, the parties state:

1.      On May 14, 2020, the Court entered a Third Amended Scheduling Order [Doc. 85], in which it *inter alia* set a Jury Trial on Plaintiff's claim against Defendant UNM for alleged violation of Title IX on a trailing docket on December 14, 2020, at 8:30 a.m.

2.      On July 21, 2020, the parties filed a Stipulation of Dismissal of Plaintiff's Title IX Claim [Doc. 96]. As a result of the dismissal of Plaintiff's Title IX claim, there is no longer any need for the Court to hold the scheduled Jury Trial on Plaintiff's Title IX claim.

WHEREFORE, the parties jointly request that the Court vacate the Jury Trial on Plaintiff's Title IX claim, which is set on a trailing docket on December 14, 2020, at 8:30 a.m., and leave in effect all other deadlines and events set in the Third Amended Scheduling Order [Doc. 85].

Jointly Submitted:

ADAMS+CROW LAW FIRM
*Attorneys for Plaintiff*
5051 Journal Center Blvd. NE, Suite 320
Albuquerque, NM 87109
(505) 582-2819
Arlyn@adamscrow.com
Alana@adamscrow.com
Jackie@adamscrow.com

       Approved via email – July 21, 2020
By: _____
       Arlyn G. Crow
       Alana M. De Young
       Jacqueline K. Kafka

and

STELZNER, WINTER, WARBURTON,
  FLORES & DAWES, P.A.
*Attorneys for Defendants*
P.O. Box 528
Albuquerque, NM 87103
(505) 938-7770
qsmith@stelznerlaw.com

       /s/ Quentin Smith
By: _____
       Quentin Smith