IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

J. LEE,

      Plaintiff,

v.                                                     No. 1:17-CV-01230 JB/LF

THE BOARD OF REGENTS OF THE
UNIVERSITY OF NEW MEXICO, and
GARNETT S. STOKES, in her official capacity
as the President of the University of New Mexico,

      Defendants.

## STIPULATED ORDER VACATING JURY TRIAL
## ON PLAINTIFF'S TITLE IX CLAIM

THIS MATTER having come before the Court on the Joint Motion to Vacate Jury Trial on Plaintiff's Title IX Claim [Doc. 97], and the Court being fully advised in the premises, FINDS that the Joint Motion is well taken and shall be granted:

IT IS THEREFORE ORDERED that the Jury Trial on Plaintiff's claim against Defendant, The Board of Regents of the University of New Mexico ("UNM"), for alleged violation of Title IX of the Education Amendments Act of 1972 ("Title IX"), which is currently set on a trailing docket on December 14, 2020, at 8:30 a.m., is hereby vacated.

All other deadlines and requirements that are not inconsistent with this Stipulated Order Vacating Jury Trial on Plaintiff's Title IX Claim and that are set forth in the Scheduling Order [Doc. 51], Order Adopting Joint Status Report and Provisional Discovery Plan [Doc. 52], Amended Scheduling Order [Doc. 64], Second Amended Scheduling Order [Doc. 74], Order Granting Unopposed Motion to Extend Pretrial Order Deadline [Doc. 78], and Third Amended Scheduling Order [Doc. 85] remain in effect

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Jointly Submitted:

ADAMS+CROW LAW FIRM
*Attorneys for Plaintiff*
5051 Journal Center Blvd. NE, Suite 320
Albuquerque, NM 87109
(505) 582-2819
Arlyn@adamscrow.com
Alana@adamscrow.com
Jackie@adamscrow.com

      Approved via email – July 21, 2020
By: _____
      Arlyn G. Crow
      Alana M. De Young
      Jacqueline K. Kafka

and

STELZNER, WINTER, WARBURTON,
  FLORES & DAWES, P.A.
*Attorneys for Defendants*
P.O. Box 528
Albuquerque, NM 87103
(505) 938-7770
qsmith@stelznerlaw.com

      /s/ Quentin Smith
By: _____
      Quentin Smith