IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

J. LEE,

      Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　　　No. 1:17-CV-01230-JB-LF

THE BOARD OF REGENTS OF THE
UNIVERSITY OF NEW MEXICO, and
GARNETT S. STOKES, in her official capacity
as the President of the University of New Mexico,

      Defendants.

**JOINT STIPULATION REGARDING PLAINTIFF'S APPEAL RIGHTS
AND DEFENDANTS' RIGHT TO SEEK AWARD OF FEES AND COSTS**

      COME NOW Plaintiff, J. Lee, and Defendants, The Board of Regents of the University of New Mexico ("UNM") and Garnett S. Stokes, and hereby stipulate that Plaintiff waives and foregoes his right to any appeal from the entry of Final Judgment [Doc. 108] and Defendants waive and forego their rights to seek any award of fees or costs against Plaintiff.

| | |
|---|---|
| ADAMS+CROW LAW FIRM<br>*Attorneys for Plaintiff*<br>5051 Journal Center Blvd., Suite 320<br>Albuquerque, NM 87109<br>(505) 582-2819<br>Arlyn@adamscrow.com<br>Alana@adamscrow.com<br>Jackie@adamscrow.com | STELZNER, WINTER, WARBURTON,<br>  FLORES & DAWES, P.A.<br>*Attorneys for Defendants*<br>P.O. Box 528<br>Albuquerque, NM 87103<br>(505) 938-7770<br>qsmith@stelznerlaw.com |

Approved via email – December 11, 2020

By: _____
    Arlyn G. Crow
    Alana M. De Young
    Jacqueline K. Kafka

/s/ Quentin Smith
By: _____
    Quentin Smith